UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR379 HEA |
| ) | |
| DEMETRIALO L. BARLOW, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court upon Defendant's Motion to Continue Trial Date [Doc. #50] and Waiver of Speedy Trial [Doc. #40]. Government's counsel has consented to this motion.

This Court, upon careful consideration of the motion of Defendant, , and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Demetrialo Barlow to July 24, 2006, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant Demetrialo Barlow has filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, agreeing to the continuance of the trial date.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting of June 19, 2006, as to Defendant Demetrialo Barlow is **VACATED**, and that the trial is **RESET** to July 24, 2006, at 9:30 a.m.

Dated this 13th day of June, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE