```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )
                                 )
     v.                          )     No. 4:05 CR 379 HEA
                                 )                     DDN
DEMETRIALO L. BARLOW,            )
                                 )
           Defendant.            )
```

**ORDER**

For the reasons set forth on the record on September 19, 2006,

**IT IS HEREBY ORDERED** that defendant Demetrialo L. Barlow is ordered released from the custody of the United States Marshals Service.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**


Signed on September 19, 2006.